UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DARNAILYA JONES,** *Plaintiff* | § § § |
| **v.** | § § §   Case No. 1:23-CV-01543-DII |
| **HOME DEPOT USA, INC.,** *Defendant* | § § § § |

### O R D E R

Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **April 15, 2024**.

**SIGNED** on April 1, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE